IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL G. NEWAGO,

    Plaintiff,

    v.

                              Case No.  19-cv-757-jdp

DEPARTMENT OF CORRECTIONS,
DR. LIU, HSU MANAGER MAASSEN,
RN KRISTINE PRALLE,
SGT. MITCHELL KUNHART,
SGT. MCCLIMANS, and
C.O. ANDREW HELLAND,

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case without prejudice.


   /s/                                                    1/6/2020
Peter Oppeneer, Clerk of Court                    Date