IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL G. NEWAGO,

    Plaintiff,

v.

                                                        Case No. 19-cv-757-jdp

WISCONSIN DEPARTMENT OF
CORRECTIONS, DR. LIU, HSU
MANAGER MAASSEN, and RN
KRISTINE PRALLE,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                           7/23/2021

Peter Oppeneer, Clerk of Court                     Date